Patrick J. SAHLI, Petitioner—Appellant,

v.

UNITED STATES of America, Respondent—Appellee.

No. 04–17548.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Patrick J. Sahli, Taft, CA, pro se.

Patrick Hanly, Esq., Office of the U.S. Attorney, Sacramento, CA, for Respondent–Appellee.

Before: T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

MEMORANDUM **

Patrick J. Sahli appeals pro se the district court's denial of his 28 U.S.C. § 2255 motion challenging his conviction by guilty plea on multiple counts of mail fraud. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Sahli contends that the district court erred by imposing a sentence based on facts either contested by him or found by a preponderance of the evidence, contrary to *United States v. Booker,* — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) and *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). This contention is foreclosed by *United States v. Cruz,* 423 F.3d 1119, 1119–20 (9th Cir. 2005) (holding that "*Booker* does not apply retroactively to convictions that became final prior to its publication") and *Schardt v. Payne,* 414 F.3d 1025, 1036 (9th Cir. 2005) (concluding that *Blakely* does not apply retroactively to cases on § 2254 habeas review).

**AFFIRMED.**